UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

Chapter 13
Case No. 14-12313

In re:                                    )
                                          )
                                          )
        KEVIN KING,                       )
              Debtor.                     )
                                          )
                                          )
                                          )

## NOTICE OF FILING OF RECONCILIATION AND
## STATEMENT OF PERSONAL EXPENSES FOR OCTOBER, 2014

NOW COMES the debtor, Kevin King, and hereby files with the Court the following documents, in accordance with Order of the Court dated October 23, 2014:

**Exhibit A.** Reconciliation and Statement of Personal Expenses for the period October 1-31, 2014.

KEVIN KING
By his Attorney,

/s/ Richard A. Cutter
RICHARD A. CUTTER, ESQUIRE
(BBO #111020)
CUTTER & CUTTER
314 Main Street
Wilmington, MA  01887
(978) 658-5687
cuttlaw@aol.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

Chapter 13
Case No. 14-12313

In re:                                    )
                                          )
                                          )
        KEVIN KING,                       )        **CERTIFICATE OF SERVICE**
            Debtor.                       )
                                          )
                                          )
_____)

     I, Richard A. Cutter, Esquire, attorney for the debtor, state that on November 10, 2014, I electronically filed Notice of Filing of Reconciliation and Statement of Personal Expenses for October, 2014, together with Exhibit A, with United States Bankruptcy Court for the District of Massachusetts using the CM/ECF system. I served said document(s) on the following CM/ECF participants:

     John Fitzgerald, Esquire
     Carolyn Bankowski, Esquire
     Macken Toussaint, Esquire
     Honor S. Heath, Esquire
     John Houton, Esquire
     John B. O'Donnell, Esquire

     I further certify that I have mailed by first class mail, postage-prepaid, said document(s) electronically filed with the Court to the following:

     Kristin M. McDonough, Esquire
     Riemer & Braunstein LLP
     Three Center Plaza
     Boston, MA 02108

     /s/ Richard A. Cutter
     RICHARD A. CUTTER, ESQUIRE