United States Bankruptcy Court
District of Massachusetts

In re:                                                                         Case No. 14-12313-jnf
Kevin King                                                                     Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0101-1          User: jbenjamin          Page 1 of 1          Date Rcvd: Jan 09, 2015
                              Form ID: pdf012          Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2015.
```
db             +Kevin King,    5 Stafford St,    Boston, MA 02119-2108
aty            +Kristin M. McDonough,    Riemer & Braunstein LLP,    Three Center Plaza,    Boston, MA 02108-2090
cr             +Aura Mortgage Advisors, LLC,    c/o Riemer & Braunstein LLP,    Attn: Macken Toussaint,
                 Three Center Plaza,    Boston, MA 02108-2090
cr             +City of Boston Treasury Department,    Bankruptcy Coordinator,    Boston City Hall Room M-5,
                 One City Hall Square,    Boston, MA 02201-1020
cr             +Massachusetts Department of Revenue,    John B. O'Donnell, Esq.,    Litigation Bureau,
                 100 Cambridge Street, 7th Flr,    P.O. Box 9565,    Boston, MA 02114-9565
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2015 at the address(es) listed below:
```
              Carolyn Bankowski-13    13trustee@ch13boston.com
              Honor S. Heath    on behalf of Creditor    NStar Electric honor.heath@nu.com,  honor.heath@gmail.com
              John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
              John Houton    on behalf of Creditor    City of Boston Treasury Department
               John.Houton@cityofboston.gov
              John B O'Donnell    on behalf of Creditor    Massachusetts Department of Revenue
               odonnellj@dor.state.ma.us
              Macken Toussaint    on behalf of Creditor    Aura Mortgage Advisors, LLC mtoussaint@riemerlaw.com,
               ndailey@riemerlaw.com
              Richard A. Cutter    on behalf of Debtor Kevin  King cuttlaw@aol.com
                                                                                               TOTAL: 7
```

# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Kevin King  **Case Number:** 14-12313  **Ch:** 13

**MOVANT/APPLICANT/PARTIES:**

Continued Hearing:
#35 Motion of Debtor for Use of Cash Collateral (Richard Cutter)
#40 Limited Objection of Aura Mortgage Advisors (Macken Toussaint)

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                             Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
__35__DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Based upon the arrearage owed to the mortgagee and the value of the property asserted by the mortgagee, the Court finds that the mortgagee does not lack adequate protection. The Debtor is authorized to use cash collateral through and including the date of the continued hearing to be held on 03/12/15 at 1:00 PM. Such continued use of cash collateral is conditioned upon the Debtor's filing with the Court of monthly statements of actual income and expenses related to the property on or before the 10th day of each calendar month, with copies of all supporting documentation and invoices.

IT IS SO NOTED:                                  IT IS SO ORDERED:

_____                          _____ Dated: 01/08/2015
Courtroom Deputy                                 Joan N. Feeney, U.S. Bankruptcy Judge