# Unclaimed Funds

Entered 10/7/2015 to 10/7/2015

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---:|---|
| 10-12722 -msh<br>19600512 | FAIRHAVEN HOLDINGS, LLC<br>C/O HEYMAN ASSOCIATES<br>445 HAMILTON AVE., SUITE 601<br>WHITE PLAINS, NY 10601<br>10601 | 21.93 | 10/07/2015 |
| 10-14085 -msh<br>17512539 | Bac Home Loans Servici<br>Po Box 5170<br>Simi Valley, CA 93062<br>93062 | 68,447.83 | 10/07/2015 |
| 10-17440 -jnf<br>17633919 | BAC Home Loans<br>P0 Box 660694<br>Dallas, TX 75266<br>75266 | 368.36 | 10/07/2015 |
| 10-17831 -jnf<br>17649377 | Hudson-RPM Distributions, LLC<br>150 Blackstone River Road<br>Worcester, MA 01607 | 67.89 | 10/07/2015 |
| 10-18468 -jnf<br>18157849 | BAC Home Loans Services, L.P.<br>Mail Stop TX2-982-03-03<br>7105 Corporate Drive<br>Plano, TX 75024<br>75024 | 1,850.47 | 10/07/2015 |
| 10-18738 -msh<br>17717022 | Zenith Acquisition Corp<br>170 Northpointe Pkwy<br>Suite 300<br>Amherst, NY 14228<br>14228 | 0.22 | 10/07/2015 |
| 11-18791 -wch<br>19554176 | ERNEST DURFEE, JR.<br>195 PRAGUE ST, APT 2<br>SOMERSET, MA 02725<br>02725 | 70.00 | 10/07/2015 |
| 11-21235 -jnf<br>18321228 | Harbor One Credit Union<br>68 Legion Pkwy | 229.90 | 10/07/2015 |

|  |  |  |  |
|---|---|---:|---|
|  | Brockton, MA 02303<br>02303 |  |  |
| [12-10631 -jnf](#)<br>18597015 | VERIZON<br>PO BOX 3037<br>BLOOMINGTON, IL 61702-3037<br>61702-3037 | 1.84 | 10/07/2015 |
| [12-10757 -fjb](#)<br>19600508 | KEVIN CASPER<br>987 BRAYTON POINT RD.<br>SOMERSET, MA 02725<br>02725 | 3.00 | 10/07/2015 |
| [12-12195 -fjb](#)<br>18490969 | Cavalry Portfolio Services, LLC<br>500 Summit Lake Drive Suite 400<br>Valhalla, NY 10595-1340<br>10595-1340 | 2.71 | 10/07/2015 |
| [12-16044 -jnf](#)<br>18657679 | wells fargo home mortgage<br>PO Box 10368<br>Des Moines, IA 50306<br>50306 | 72.64 | 10/07/2015 |
| [12-17244 -jnf](#)<br>18822636 | DTA Solutions LLC<br>9428 Baymeadows Road Suite 260<br>Jacksonville, FL 32256<br>32256 | 2,011.54 | 10/07/2015 |
| [13-12291 -fjb](#)<br>18918594 | NStar Gas<br>Attn: Special Collections<br>One NSTAR Way, SW200<br>Westwood, MA 02090<br>02090 | 1,646.76 | 10/07/2015 |
| [14-12313 -jnf](#)<br>19600509 | KEVIN KING<br>5 STAFFORD ST<br>BOSTON, MA 02119<br>02119 | 9,068.70 | 10/07/2015 |
| [14-14041 -jnf](#)<br>19600510 | ALISA LEDUC<br>189 ROCKLAND ST<br>NEW BEDFORD, MA 02741<br>02741 | 193.00 | 10/07/2015 |

**Grand Total: 84,056.79**